IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER FISHER,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security

        Defendant.

Case No. 3:17-939
Chief Judge Peterson

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that: This matter shall be remanded back to the Commissioner for further administrative proceedings pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g). Upon receipt of the Court's order, the Appeals Council will vacate all findings in the Administrative Law Judge's decision and remand the matter to the Administrative Law Judge for further proceedings. The Acting Commissioner will conduct further proceedings, including holding a new administrative hearing, and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act, and then issue a new decision. In so doing, the ALJ will reevaluate the opinion of Marcus P. Desmonde, Psy.D. and reassess Plaintiff's mental residual functional capacity.

Date: MAY 14, 2018

Entered: _[signature]_