IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JENNIFER FISHER,

        Plaintiff,

v.

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security

        Defendant.

Case No. 3:17-939
Chief Judge Peterson

**ORDER**

This matter coming before the Court on the parties' Stipulation For Attorney Fees Under the Equal Access to Justice Act, and the Court, being duly advised, it is hereby ordered that:

Final judgment be entered in the case and Plaintiff be awarded $6,300.68 in attorneys' fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). This award of attorney fees will fully satisfy any and all of Plaintiff's claims for fees, costs, and expenses under 28 U.S.C. § 2412. After the Court enters this award, if counsel for Defendant can verify that Plaintiff owes no pre-existing debt subject to offset, Defendant will direct that the award be made payable to Plaintiff's attorney.

SO ORDERED this 9TH day of AUGUST, 2018.

                                                          JUDGE PETERSON